UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>TERRY AUSTIN POOL,<br><br>                    Defendant. | Case No. CR 80-00184-RMT<br><br>ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT AND FOR SUMMARY JUDGMENT |

This matter has come before the court on the motions filed by defendant TERRY AUSTIN POOL for relief from judgment pursuant to Rule 60(b)(4) of the Federal Rules of Civil Procedure on the basis that the judgment is void for lack of subject matter jurisdiction, and for summary judgment.

In 1980, defendant was convicted of conspiracy to murder in violation of Title 18 U.S.C. § 1117 and first degree murder in violation of Title 18 U.S.C. § 1111, arising from the death of a federal prisoner at the Federal Correctional Institution in Lompoc, California.  Defendant argues that he is entitled to relief because this court did not have subject matter jurisdiction due to a lack of nexus to interstate commerce. Although interstate commerce nexus is often the jurisdictional basis upon which Congress acts, the jurisdictional basis for 18 U.S.C. §§ 1111 and 1117 is stated in § 1111(b) as "[w]ithin the special maritime and territorial jurisdiction of the United States

1  . . . ." Because the Lompoc Federal Correctional Institution is within the jurisdiction

2  of the United States, the jurisdictional requirement of 18 U.S.C. § 1111(b) is satisfied.[1]

3        Accordingly,

4        IT IS ORDERED that the motions filed by defendant TERRY AUSTIN

5  POOL for relief from judgment pursuant to Rule 60(b)(4) of the Federal Rules of Civil

6  Procedure and for summary judgment are respectfully denied.

7  Dated: January 24, 2008

8

9  _____

10  ROBERT M. TAKASUGI
   United States District Sr. Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  _____

27  [1]    Defendant also argues that Title 18 was never enacted and that, therefore, the indictment, judgment and commitment are invalid. However, that is clearly not the case. Section 1111 was enacted in 1948 and Section 1117 was enacted in 1972.

28